**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Robert E. Blackburn**

Criminal Action No. 05-cr-00325-REB-06
(Civil Action No.  07-cv-00819-REB)

UNITED STATES OF AMERICA,

    v.

6.  NICHOLAS CHAVEZ,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **May 16, 2007**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated April 26, 2007, at Denver, Colorado.

                                     **BY THE COURT:**

                                     **s Robert E. Blackburn**
                                     **ROBERT E. BLACKBURN
United States District Judge**